

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-CR-257 |
| Plaintiff, ) | **ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FO JOSE FLORES** |
| JOSE FLORES, ) | DOB: 1/24/92 |
| Defendant. ) | SSN: 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 |
| ) | Inmate Number: 1099629 |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JOSE FLORES to the Lloyd D. George Federal Courthouse and United States Marshal for the District of Nevada, 333 South Las Vegas, Nevada 89101 [I/A & A/P Wed: 7/10/13 3:00 PM VCF 3D] his initial appearance on a Criminal Complaint and arrest warrant before the Honorable Magistrate Judge Peggy Leen.

Dated this 3rd day of July, 2013.

*/s/*
UNITED STATES MAGISTRATE JUDGE

4

1  DANIEL G. BOGDEN
   United States Attorney
2  AMBER M. CRAIG
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Ste. 5000
   Las Vegas, Nevada 89101
4  (702)388-6336 / Fax: (702)388-6698



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 2:13-CR-257 |
|                            )  | |
| Plaintiff,                 )  | **PETITION FOR WRIT OF** |
|                            )  | **HABEAS CORPUS AD** |
|                            )  | **PROSEQUENDUM FOR** |
| JOSE FLORES,               )  | **JOSE FLORES** |
|                            )  | DOB: 1/24/92 |
| Defendant.                 )  | SSN: 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 |
|                            )  | Inmate Number: 1099629 |

The Petition of the United States Attorney for the District of Nevada respectfully shows that JOSE FLORES is committed by due process of law to the custody of Warden Dwight Neven, Nevada Department of Corrections, Tonopah Conservation Camp, HC 76, Tonopah, Nevada 89049. It is necessary that said JOSE FLORES be released to the custody of the United States Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 891(  I/A & A/P Wed: 7/17/13  3:00 PM  VCF 3D  that he may appear on a Criminal Complaint and arrest warrant issued by the Honorable Robert McQuaid on July 8, 2013.

That the presence of the said JOSE FLORES at the United States Marshal for the District of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, on July 8, 2013, has been approved by the United States Magistrate Judge for the District of Nevada.

WHEREFORE, Petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to Warden Dwight Neven, Nevada Department of Corrections, Tonopah Conservation Camp, HC 76, Tonopah, Nevada 89049, and the United States Marshal for the District of Nevada, commanding them to produce the said JOSE FLORES to the United States

1  Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, on
2  July 8, 2013.
3      Dated this 3rd day of July, 2013.
4                              Respectfully Submitted,
5                              DANIEL G. BOGDEN
                               United States Attorney
6
7                              /s/ Pamela Martin
                               AMBER M. CRAIG
8                              Assistant United States Attorney