

1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8  | UNITED STATES OF AMERICA,                )

9  |                        Plaintiff,                )

10 |            v.                              )        2:13-CR-257-LDG-(PAL)

11 | JOSE FLORES,                              )

12 |                        Defendant.              )

13                      **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on February 25, 2014, defendant JOSE FLORES pled guilty to Count

15  One of a Twenty-Count Criminal Indictment charging him with Conspiracy to Distribute a Controlled

16  Substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Criminal

17  Indictment, ECF No. 24; Change of Plea, ECF No.94; Plea Agreement, ECF No.93.

18          This Court finds defendant JOSE FLORES agreed to the forfeiture of the property set forth in

19  the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment,

20  ECF No. 24; Change of Plea, ECF No.94; Plea Agreement, ECF No.93.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22  has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

23  Allegations of the Criminal Indictment and the offense to which defendant JOSE FLORES pled guilty.

24          The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section

25  853(a)(1) and 853(a)(2):

26  . . .

1  $763.00 in United States Currency

2  (all of which constitutes "property").

3      This Court finds the United States of America is now entitled to, and should, reduce the

4  aforementioned property to the possession of the United States of America.

5      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6  United States of America should seize the aforementioned property.

7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8  JOSE FLORES in the aforementioned property is forfeited and is vested in the United States of

9  America and shall be safely held by the United States of America until further order of the Court.

10      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

11  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

12  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

13  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

14  name and contact information for the government attorney to be served with the petition, pursuant to

15  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

17  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

18  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

19  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

20  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

21  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

22  petition and the relief sought.

23      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

24  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

25  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

26  . . .

1   after the first day of the publication on the official internet government forfeiture site,

2   www.forfeiture.gov.

3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5   following address at the time of filing:

6           Michael A. Humphreys
        Assistant United States Attorney

7           Daniel D. Hollingsworth
        Assistant United States Attorney

8           Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000

9           Las Vegas, Nevada 89101.

10       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12   following publication of notice of seizure and intent to administratively forfeit the above-described

13   property.

14       DATED this 25th day of February, 2014.

15

16

17                                                                              

18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26