UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE FLORES, ) <br> ) <br> Defendant. ) | 2:13-CR-257-LDG-(PAL) |

**FINAL ORDER OF FORFEITURE AS TO JOSE FLORES**

On February 27, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and 853(a)(2) forfeiting property of defendant JOSE FLORES to the United States of America. Criminal Indictment, ECF No. 24; Plea Agreement, ECF No. 93; Change of Plea, ECF No. 94; Preliminary Order of Forfeiture, ECF No. 95.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 21, United States Code, Section 853(a)(1) and 853(a)(2), that the Preliminary Order of Forfeiture (ECF No. 95), listing the following asset, is final as to defendant JOSE FLORES:

$763.00 in United States Currency.

DATED this 5 day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE