UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:13-CR-257-LDG-(PAL) |
| JOSE FLORES, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On February 27, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by defendant JOSE FLORES to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JOSE FLORES pled guilty. Criminal Indictment, ECF No. 24; Plea Agreement, ECF No. 93; Change of Plea, ECF No. 94; Preliminary Order of Forfeiture, ECF No. 95.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 4, 2014, through April 2, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 97.

. . .

Saul Candelorio Gastellum-Sanchez was personally served with the Notice and Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

Jose Flores was personally served with the Notice and Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

Samuel Alfonso Flores was personally served with the Notice and Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

Carlos Leos was personally served with the Notice and Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

Robert M. Draskovich, Jr., Attorney for Saul Candelorio Gastellum-Sanchez was personally served with the Notice and Preliminary Order of Forfeiture on June 17, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

Chris Allen Aaron, Attorney for Jose Flores was personally served with the Notice and Preliminary Order of Forfeiture on June 17, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

James A. Oronoz, Attorney for Samuel Alfonso Flores was personally served with the Notice and Preliminary Order of Forfeiture on June 17, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

David R. Fischer, Attorney for Carlos Leos was personally served with the Notice and Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 138.

. . .

. . .

Attempted service upon Guadalupe Arellano-Mendoza was made by the United States Marshals Service. See Special Agent Shane Nestor of the Drug Enforcement Agency's Declaration Regarding Service of Process. Notice of Filing Service of Process, ECF No. 138.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7) and shall be disposed of according to law:

$763.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 4 day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3

## PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on July 28, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas, NV 89101
emagana@draskovich.com
Counsel for Saul Candelorio Gastellum-Sanchez

David T. Brown
Brown, Brown & Premsrirut
520 S. 4th Street, 2nd Floor
Las Vegas, NV 89101
master@brownlawlv.com
Counsel for Rebecca Rosas

Dustin R. Marcello
Osvaldo E. Fumo, Chtd.
1212 Casino Center Blvd.
Las Vegas, NV 89104
dustin@fumolaw.com
Counsel for Delfino Solorzano

Chris Allen Aaron
Aaron and Perry
820 Rancho Lane
Las Vegas, NV 89106
chrisaaronlaw@yahoo.com
Counsel for Jose Flores

James A. Oronoz
James A. Oronoz, Chtd.
700 S. Third Street
Las Vegas, NV 89101
jim@oronozlawyers.com
Counsel for Samuel Alfonso Flores

David R. Fischer
David R. Fischer, Esq.
844 East Sahara Avenue
Las Vegas, NV 89104
dfischer@fischerlawlv.com
Counsel for Carlos Leos

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal