# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:13-cr-00257-APG-PAL-4 |
| vs. | **ORDER** |
| JOSE FLORES, | |
| Defendant. | |

During the December 18, 2019 hearing, I approved the defendant's request to remain in residence at a halfway house for up to 30 days. Accordingly,

I HEREBY ORDER the Residential Reentry Center to locate a bed for defendant Jose Flores for a period of up to 30 days to begin no sooner than January 2, 2020. Mr. Flores must follow the rules and regulations of the center and pay the costs of the program, based upon his ability to pay.

DATED this 8th day of January, 2020.

_____
Andrew P. Gordon, Judge
United States District Court