Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Jose Flores,<br><br>        Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the March 25, 2020, revocation hearing until at least April 10, 2020. In response to the coronavirus pandemic, this District recently entered General Orders 2020-03 and -04 to limit in-court appearances for the safety of all. This continuance is to allow the parties additional time to resolve the petition, which alleges a single violation for missing three drug tests, short of hearing. Mr. Flores is not in custody and agrees to the continuance.

DATED: March 23, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Jose Flores,

    Defendant.

Case No. 2:13-cr-00257-APG-PAL-4

**Order Granting First Stipulation to Continue Revocation Hearing**

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 25, 2020, at 9:30 a.m. is vacated and continued to <u>April 14, 2020</u> at <u>10:00 a</u>.m. in Courtroom 6C.

    DATED: March <u>23</u>, 2020.

                                      Andrew P. Gordon
                                      United States Disrict Judge