1  Rene L. Valladares
   Federal Public Defender
2  Nevada State Bar No. 11479
   Erin Gettel
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00257-APG-PAL-4 |
| Plaintiff, | **Second Stipulation to Continue Revocation Hearing** |
| v. | |
| Jose Flores, | |
| Defendant. | |

The parties jointly request that this Court vacate the April 15, 2020, revocation hearing and continue it for at least 60 days. In response to the coronavirus pandemic, this District recently entered General Orders 2020-02, -03, -04, and -05 to limit in-court appearances for the safety of all. This continuance is to allow the parties additional time to resolve the petition, which alleges a single violation for missing three drug tests, short of hearing. Mr. Flores is not in custody and agrees to the continuance.

DATED: April 10, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Jose Flores,

    Defendant.

Case No. 2:13-cr-00257-APG-PAL-4

**Order Granting Second Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 15, 2020, at 2:00 p.m. is vacated and continued to June 22, 2020 at 10:30 a.m. in courtroom 6C.

DATED: April 10, 2020.

_____
Andrew P. Gordon
United States Disrict Judge