Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>        v.<br><br>Jose Flores,<br><br>             Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Third Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the June 23, 2020, revocation hearing and continue it for at least 90 days.  In response to the coronavirus pandemic, this District has entered General Orders 2020-02, -03, -04, and -05 to limit in-court appearance, though in-person hearings for out-of-custody defendants have slowly started to resume.  This continuance is appropriate because Flores is complying with his conditions of supervised release and has incurred no new violations.  Flores is not in custody and agrees to the continuance.

DATED: June 16, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Jose Flores,

    Defendant.

Case No. 2:13-cr-00257-APG-PAL-4

**Order Granting Third Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 23, at 11:00 a.m. is vacated and continued to September 23, 2020 at 9:30 a.m. in Courtroom 6C.

DATED: June 16, 2020.

_____
Andrew P. Gordon
United States Disrict Judge

3