Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00257-APG-PAL-4 |
| Plaintiff, | **Fourth Stipulation to Continue Revocation Hearing** |
| v. | |
| Jose Flores, | |
| Defendant. | |

The parties jointly request that this Court vacate September 22, 2020, revocation hearing and continue it for at least 30 days.  In response to the coronavirus pandemic, this District has entered General Orders 2020-02, -03, -04, and -05 to limit in-court appearance, though in-person hearings for out-of-custody defendants have slowly started to resume.  This continuance is appropriate because, due to Flores's compliance and absent additional violations, the government and Probation do not intend to seek revocation.[1]  Flores is not in custody and agrees to the continuance.

---

[1] The petition alleges that Flores missed three drug tests between December 24, 2019, and February 24, 2020.

DATED: September 18, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Jose Flores,

    Defendant.

Case No. 2:13-cr-00257-APG-PAL-4

**Order Granting Fourth Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 22, 2020, at 9:30 a.m. is vacated and continued to October 27, 2020 at 1:00 p.m. in courtroom 6C.

DATED: September 18th, 2020.

Andrew P. Gordon
United States Disrict Judge