Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00257-APG-PAL-4 |
| Plaintiff, | **Fifth Stipulation to Continue Revocation Hearing** |
| v. | |
| Jose Flores, | |
| Defendant. | |

The parties jointly request that this Court vacate October 27, 2020, revocation hearing and continue it for at least 30 days. In response to the coronavirus pandemic, this District has entered General Orders 2020-02, -03, -04, and -05 to limit in-court appearance, though in-person hearings for out-of-custody defendants have slowly started to resume. This continuance is appropriate because, due to Flores's compliance and absent additional violations, the government and Probation do not intend to seek revocation.[1] Additionally, government counsel is out of the office during the currently scheduled hearing date. Finally, Flores is not in custody and agrees to the continuance.

---

[1] The petition alleges that Flores missed three drug tests between December 24, 2019, and February 24, 2020.

1     DATED: October 21, 2020.

| Rene L. Valladares | Nicholas A. Trutanich |
|---|---|
| Federal Public Defender | United States Attorney |
|   |   |
| */s/ Erin Gettel* | */s/ Susan Cushman* |
| By_____ | By_____ |
| Erin Gettel | Susan Cushman |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jose Flores,<br><br>　　　　Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Order Granting Fifth Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 27, 2020, at 1:00 p.m. is vacated and continued to December 1, 2020 at 10:30 a.m. in courtroom 6C.

DATED: October 21, 2020.

_____
Andrew P. Gordon
United States Disrict Judge

3