Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00257-APG-PAL-4 |
| Plaintiff, | **Sixth Stipulation to Continue Revocation Hearing** |
| v. | |
| Jose Flores, | |
| Defendant. | |

The parties jointly request that this Court vacate the December 1, 2020, revocation hearing and continue it for at least 60 days because:

1. Defense counsel will be under medical quarantine during the currently scheduled hearing date;

2. The continuance will allow the hearing to be reset after the holidays and will permit defense counsel to file a motion for early termination of supervised release, which could obviate the need for a hearing; and

3. This continuance is appropriate because, due to Flores's compliance and absent additional violations, the government and Probation do not intend to seek revocation.[1] Further, Flores is not in custody and agrees to the continuance.

DATED: November 30, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|   */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender |   */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

---

[1] The petition alleges that Flores missed three drug tests between December 24, 2019, and February 24, 2020.

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Jose Flores,<br><br>      Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Order Granting Sixth Stipulation to Continue Revocation Hearing** |

     Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 1, 2020, at 10:30 a.m. is vacated and continued to __March 4, 2021__ at __9__:__30__ __a__.m. in Courtroom 6C.

     DATED: November 30th, 2020.

                                         Andrew P. Gordon<br>                                         United States Disrict Judge