Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Jose Flores,<br><br>　　　　　　Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Seventh Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the March 4, 2021, revocation hearing and continue it for at least 30 days because if Flores remains in compliance with drug-testing requirements until April 1, 2021, Probation and the government will move to dismiss the petition, which would obviate the need for a hearing.

DATED: March 1, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>　*/s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br>　*/s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:13-cr-00257-APG-PAL-4 |
| Plaintiff, | **Order Granting Seventh Stipulation to Continue Revocation Hearing** |
| v. | |
| Jose Flores, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to vacate and continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 4, 2021, at 9:30 a.m. is vacated and continued to April 15, 2021, at 10:30 a.m. in Courtroom 6C.

DATED: March 1, 2021.

                                                                                        _____
                                                                                        Andrew P. Gordon
                                                                                        United States Disrict Judge

2