Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Flores,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Stipulation to Vacate Hearing and Dismiss Petition without Prejudice (ECF Nos. 342, 406)** |

On March 1, 2021, the parties stipulated to continue Flores's revocation hearing for the seventh time because, if Flores continued to remain compliant until April 1, 2021, Probation and the government agreed to dismiss the petition.[1]  Flores remains compliant, so the parties jointly request that this Court vacate the April 15, 2021, revocation hearing and dismiss the petition (ECF No. 342) without prejudice.

DATED: April 8, 2021.

*/s/ Erin Gettel*
By_____
Erin Gettel
Assistant Federal Public Defender

*/s/ Susan Cushman*
By_____
Susan Cushman
Assistant United States Attorney

---

[1] ECF No. 405.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jose Flores,<br><br>　　　　Defendant. | Case No. 2:13-cr-00257-APG-PAL-4<br><br>**Order Granting Stipulation, Vacating Revocation Hearing, and Dismissing Petition without Prejudice** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to vacate the revocation hearing and dismiss the petition without prejudice.

　　IT IS THEREFORE ORDERED that the revocation hearing scheduled for April 15, 2021, at 10:30 a.m. is VACATED. IT IS FURTHER ORDERED that the petition to revoke supervised release (ECF No. 342) is DISMISSED without prejudice.

　　DATED: April 9, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2